**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Timothy ADAMS, Defendant— Appellant.**

**No. 05–6358.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 16, 2005.

Timothy Adams, Appellant pro se.

David Bernard Smith, Greensboro, North Carolina, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Adams appeals the district court's order accepting the recommendation of the magistrate judge and denying his Fed.R.Crim.P. 35(a) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Adams,* Nos. CR–94–302; CA–04–685–1 (M.D.N.C. Jan. 19, 2005).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*